

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware

5/6/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-01117-1-JW |
| Plaintiff, | **[PROPOSED]** ORDER CONTINUING SENTENCING HEARING FROM MAY 10, 2010, TO **June 7, 2010** |
| v. | |
| OSVALDO ZAVALA, | |
| Defendant. | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from May 10, 2010, to **June 7, 2010 at 1:30 PM**

SO ORDERED.

Dated: May 6, 2010

_____
HONORABLE JAMES WARE,
United States District Judge

Order Continuing Sentencing Hearing
No. CR-09-01117-1-JW                    1