BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO,
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant OSVALDO ZAVALA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR-09-01117-1-JW |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXTENDING THE SELF-SURRENDER DATE FROM NOVEMBER 15, 2010, TO DECEMBER 20, 2010 |
| v. | ) | |
| OSVALDO ZAVALA, | ) | |
| Defendant. | ) | |

The parties having stipulated and good cause having been shown,

IT IS HEREBY ORDERED that the self-surrender date of November 15, 2010, is hereby vacated, and further ordered that December 20, 2010, at 2:00 p.m., is the new surrender date.

Dated: November  12 , 2010.

_____
Hon. James Ware,
United States District Judge

Order Extending the Self-Surrender Date
No. Cr 09-01117-1-JW                    1